JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MAHER ALKAWARIT, | Case No. 2:23-cv-00152-JLS-E |
|---|---|
| Plaintiff, | **ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION (Doc. 27)** |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ET AL., | |
| Defendants. | |

The Court, having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application (Doc. 27) submitted by the parties, and finding good cause therefor, HEREBY ORDERS that the instant action shall be stayed until September 8, 2023. No later than that date, Plaintiff shall file a notice of dismissal or status report in the action.

DATED: February 24, 2023

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE